UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Richard Weissman**
    Plaintiff

    V.

CIVIL ACTION

NO  1:23-cv-12453-ADB

**Athene Annuity and Life Co. et al**
    Defendants

ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Order, MDL Order No. 32, dated February 6, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED without prejudice for lack of Article III standing.

By the Court,

2/6/2026
Date

/s/ Caetlin McManus
Deputy Clerk